## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ED DEBOER CONCRETE CONSTRUCTION, IN    §    Case No. 07-01054

                                             §

                                             §

Debtor(s)                                §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held 9:15am on 3/5/10 in Courtroom 201, United States Courthouse,

Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 12/30/2009          By: /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

UST Form 101-7-NFR (9/1/2009)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ED DEBOER CONCRETE CONSTRUCTION, IN    §    Case No. 07-01054
                                              §
                                              §
Debtor(s)                                     §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $    54,032.05 |
| *and approved disbursements of* | $    44,806.65 |
| *leaving a balance on hand of* [1] | $    9,225.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $    4,859.61 | $    55.38 |
| Attorney for trustee | Law Office of Deborah K. Ebner, ESQ. | $    3,151.77 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten | $    1,158.64 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| Attorney for debtor | _____ | $ _____ | $ _____ |
| Attorney for | _____ | $ _____ | $ _____ |
| Accountant for | _____ | $ _____ | $ _____ |
| Appraiser for | _____ | $ _____ | $ _____ |
| Other | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,230.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Mark DeBoer | $ 1,230.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 320,531.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | TH Davidson & Co., Inc. | $ 9,889.60 | $ 0.00 |
| 2 | LaSalle Bank, N.A. | $ 30,389.23 | $ 0.00 |
| 3 | LaSalle Bank, N.A. | $ 45,261.88 | $ 0.00 |
| 4 | Wille Bros | $ 37,089.64 | $ 0.00 |
| 5 | Van Dam Auto & Truck Repair, Inc. | $ 8,312.78 | $ 0.00 |
| 7 | Prairie Material | $ 12,454.21 | $ 0.00 |
| 8U | First Bank of Manhattan | $ 12,617.84 | $ 0.00 |
| 10 | Laborers' Pension & Welfare Funds | $ 164,516.75 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By:  /s/DEBORAH K. EBNER
                                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola          Page 1 of 1          Date Rcvd: Jan 29, 2010
Case: 07-01054               Form ID: pdf006         Total Noticed: 34

The following entities were noticed by first class mail on Jan 31, 2010.
db              +Ed DeBoer Concrete Construction, Inc.,   240 North Maple,   Frankfort, IL 60423-1240
aty             +Connie J Lambert,   Law Office of Deborah K. Ebner,   11 East Adams St. - Suite 800,
                 Chicago, IL 60603-6324
aty             +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
                 Orland Park, IL 60462-3760
aty             +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
                 Chicago, IL 60603-6306
tr              +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
11135757        +AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
11135756        +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11135755        +Aqua Playa Rentals,   1200 S. Cedar Road,   New Lenox, IL 60451-2678
11135758        +Bruns & Bruns,   321 West Maple, Suite 101,   P.O. Box 489,   New Lenox, IL 60451-0489
11135759        +Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
11135760        +Ed DeBoer,   240 North Maple,   Frankfort, IL 60423-1240
11135761        +Emil's Tires,   5601 Sauk Tail,   Matteson, IL 60443-2869
11135762        +First Bank of Manhattan,   230 State Street,   Manhattan, IL 60442-9388
11135763        +Harris NA,   c/o Bill Mustata,   111 W Monroe St,   Chicago, IL 60603-4095
11135766        +LaSalle Bank,   8617 Innovation Way,   Chicago, IL 60682-0086
11135765        +LaSalle Bank,   8617 Innovaton Way,   Chicago, IL 60682-0086
11263185        +LaSalle Bank, N.A.,   c/o Zenoff & Zenoff Chartered,   53 West Jackson Blvd., Suite 1605,
                 Chicago, IL 60604-3762
11135764        +Laborers Pension Fund,   c/o Patrick Wallace,   53 W. Jackson Blvd, Suite 550,
                 Chicago, IL 60604-3425
11414836        +Laborers' Pension & Welfare Funds,   c/o Patrick T. Wallace,   53 W. Jackson Blvd., Suite 550,
                 Chicago, IL 60604-3425
11135767        +Luise, Inc.,   1346 S. Hannah,   Forest Park, IL 60130-2904
11135768        +Mark DeBoer,   162 Otto Drive,   New Lenox IL 60451-3223
11135770        +McCann,   38951 Eagle Way,   Chicago, IL 60678-0001
11135771        +NLSB kna Harris NA,   BLST,   P.O. Box 2880,   Chicago, IL 60690-2880
11135772        +Orland Soil Contractors,Inc.,   4011 West 165th Street,   Tinley Park, IL 60478-2007
11135773        +Ozinga Chicago RMC, Inc.,   P.O. Box 16800,   Chicago, IL 60616-0800
11135774        +Prairie Material,   7601 West 79th Street,   Bridgeview, IL 60455-1115,   Attn Keith R Heldt
11135775        +RH Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
11135776        +Sprint,   P.O. Box 4181,   Carol Stream, IL 60197-4181
11135777        +TH Davidson & Co., Inc.,   10175 Vans Drive,   Frankfort, IL 60423-7914
11135778        +The CIT Group,   File #55603,   Los Angeles, CA 90074-0001
11135779        +Unicare Health Insurance,   P.O. Box 0797,   Carol Stream, IL 60132-0001
11135780        +Van Dam Auto & Truck Repair, Inc.,   18935 S. Wolf Road,   Mokena, IL 60448-9421
11135781        +West Bend Mutual Insurance,   Bin 432,   Milwaukee, WI 53288-0001
11135782        +Wille Bros.,   c/o Recovery Concepts Inc.,   1925 E. Beltline, Suite 510,
                 Carrollton, TX 75006-5813

The following entities were noticed by electronic transmission on Jan 29, 2010.
11135775        +E-mail/Text: CustomerNoticesEast@dexknows.com                          RH Donnelley,
                 8519 Innovation Way,   Chicago, IL 60682-0085
                                                                              TOTAL: 1

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11135769*       +Mark DeBoer,   162 Otto Dr,   New Lenox, IL 60451-3223
                                                                           TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**                    **Signature:**      *Joseph Speetjens*