**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
|    ED DEBOER CONCRETE | ) | Case No. 07-01054 |
|    CONSTRUCTION, INC., | ) | Judge  Bruce W. Black |
|                 Debtor. | ) | |

**NOTICE OF FILING**

TO:   ALL ECF REGISTRANTS
      Ed DeBoer Concrete Construction, Inc., 240 North Maple, Frankfort, IL 60423

**PLEASE BE ADVISED** that on **MARCH 16, 2010**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **Amendment to First and Final Application of the Law Office of Deborah K. Ebner For Allowance and Payment for Compensation**, a copy of which attached hereto

                                                 The Law Office of Deborah K. Ebner

                                By:    /s/Deborah K. Ebner
                                        Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
The Law Office of Deborah K. Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

     I, Deborah K. Ebner, an attorney, certify that I caused copies of the foregoing Notice and document described therein to be served upon the parties listed above as indicated thereon, on March 16, 2010.

                                                   /s/Deborah K. Ebner
                                                   Deborah K. Ebner

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
|    ED DEBOER CONCRETE | ) | Case No. 07-01054 |
|    CONSTRUCTION, INC., | ) | Judge Bruce W. Black |
|                  Debtor. | ) | |

**Amendment to First and Final Application of the Law Office of
Deborah K. Ebner For Allowance and Payment for Compensation**

NOW COMES Deborah K. Ebner, of the Law Office of Deborah K. Ebner ("Ebner"), General Counsel for Deborah K .Ebner, not individually, but solely as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Ed DeBoer Concrete Construction, Inc. ("Estate"), and as for an Amendment to First and Final Application of the Law Office of Deborah K. Ebner for Allowance and Payment for Compensation states as follows:

1. This case was filed on January 22, 2007 ("Petition Date") as a Voluntary Petition pursuant to Chapter 7 of the Bankruptcy Code. On that date, Deborah K. Ebner was appointed as Trustee, and, shortly thereafter was retained as counsel for Trustee.

2. This case is fully administered. Trustee filed her Final Report and Account, which Final Report and Account included a final application for compensation pursuant to 11 U.S.C. § 330. On January 27, 2010, the Office of UST submitted its memorandum of review of the Final Report package.

3. On March 5, 2010, Trustee's Final Report and Account (including the subject compensation application) was called for hearing before this Court. At that time, this Court suggested that some of the charges sought by Applicant as and for legal services were for Trustee services, compensation for which should have been in the form of a statutory Trustee compensation request based upon a percentage of distributions. The Court was not specific with its comments but invited Applicant to review her fee application and suggest changes.

4. Trustee has reviewed the compensation application and submits that the following time entry should have been categorized as Trustee time and not legal time:

| Ricki P. | Case Administration | 12/29/09 | Phone conversation with D. Ebner re: tax return (.2); prepare information as needed by accountant for preparation of tax return (.2); email to L. West re: same (.1) | 0.50 | 175.00 | 87.50 |

5. In addition to foregoing, Applicant agrees to recategorize the following time entries as Trustee time although she does believe that the time expended was legal service in nature:

Category

| Deborah K. Ebner, Attorney for Trustee | Asset Disposition | 3/15/07 | Prepare for court | 0.30 | 350.00 | 105.00 |
| | | 3/16/07 | Hearing on sale | 0.30 | 350.00 | 105.00 |

6. The foregoing recategorization amounts to $297.50 in legal charges by which amount Applicant agrees to reduce her compensation request.

**WHEREFORE**, Applicant prays that she be permitted to amend her compensation request to $3,562.50 for legal services rendered.

                              Respectfully submitted,
                              The Law Office of Deborah K. Ebner

By:   /s/Deborah K. Ebner
        Deborah K. Ebner, Esq.

Deborah K. Ebner
Attorney No. 6181615
The Law Office of Deborah K. Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

3