**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ED DEBOER CONCRETE CONSTRUCTION, IN          Case No. 07-01054
                                                   Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $43,348.83 | Claims Discharged Without Payment: $519,834.07 |
| Total Expenses of Administration: $10,684.28 | |

3) Total gross receipts of $  54,033.11   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $54,033.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $54,150.61 | $44,294.96 | $41,730.05 | $41,730.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,375.01 | 10,684.28 | 10,684.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 9,000.00 | 1,230.00 | 1,230.00 | 1,230.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 393,743.24 | 320,531.93 | 320,531.93 | 388.78 |
| **TOTAL DISBURSEMENTS** | $456,893.85 | $380,431.90 | $374,176.26 | $54,033.11 |

4) This case was originally filed under Chapter 7 on January 22, 2007. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2010          By: /s/DEBORAH K. EBNER
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Machinery, equipment, inventory | 1129-000 | 52,462.00 |
| Workers Comepensation Insurance Refund | 1290-000 | 1,410.10 |
| Interest Income | 1270-000 | 161.01 |
| **TOTAL GROSS RECEIPTS** | | **$54,033.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | First Bank of Manhattan | 4210-000 | 15,000.00 | 2,500.00 | 0.00 | 0.00 |
| 9 | Harris Bank - Harris Bank | 4210-001 | N/A | 22,857.02 | 22,792.11 | 22,792.11 |
| CIT | CIT Group | 4110-000 | 7,784.56 | 7,604.98 | 7,604.98 | 7,604.98 |
| LASALL | LaSalle Bank | 4210-000 | 31,366.05 | 11,332.96 | 11,332.96 | 11,332.96 |
| **TOTAL SECURED CLAIMS** | | | **$54,150.61** | **$44,294.96** | **$41,730.05** | **$41,730.05** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 5,951.60 | 5,951.60 | 5,951.60 |
| DEBORAH K. EBNER | 2200-000 | N/A | 67.81 | 67.81 | 67.81 |
| CSC - CSC | 2990-002 | N/A | 129.06 | 129.06 | 129.06 |
| Law Office of Deborah K. Ebner, ESQ. | 3110-000 | N/A | 3,860.00 | 169.27 | 169.27 |
| Popowcer Katten | 3410-000 | N/A | 1,419.00 | 1,419.00 | 1,419.00 |
| International Sureties | 2300-000 | N/A | 9.20 | 9.20 | 9.20 |
| International Sureties | 2300-000 | N/A | 11.39 | 11.39 | 11.39 |
| American Auction Assc | 2500-000 | N/A | 2,926.95 | 2,926.95 | 2,926.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,375.01 | 10,684.28 | 10,684.28 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Mark DeBoer | 5300-000 | 9,000.00 | 1,230.00 | 1,230.00 | 1,230.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 9,000.00 | 1,230.00 | 1,230.00 | 1,230.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TH Davidson & Co., Inc. | 7100-000 | 9,632.89 | 9,889.60 | 9,889.60 | 12.00 |
| 2 | LaSalle Bank, N.A. | 7100-000 | N/A | 30,389.23 | 30,389.23 | 36.86 |
| 3 | LaSalle Bank, N.A. | 7100-000 | N/A | 45,261.88 | 45,261.88 | 54.90 |
| 4 | Wille Bros | 7100-000 | 44,507.56 | 37,089.64 | 37,089.64 | 44.99 |
| 5 | Van Dam Auto & Truck Repair, Inc. | 7100-000 | 8,312.78 | 8,312.78 | 8,312.78 | 10.08 |
| 7 | Prairie Material | 7100-000 | 11,599.09 | 12,454.21 | 12,454.21 | 15.11 |
| 8U | First Bank of Manhattan | 7100-000 | N/A | 12,617.84 | 12,617.84 | 15.30 |
| 10 | Laborers' Pension & Welfare Funds | 7100-000 | 120,000.00 | 164,516.75 | 164,516.75 | 199.54 |
| NOTFILED | Orland Soil Contractors, Inc. | 7100-000 | 2,791.58 | N/A | N/A | 0.00 |
| NOTFILED | McCann | 7100-000 | 2,618.59 | N/A | N/A | 0.00 |
| NOTFILED | NLSB kna Harris NA BLST | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ozinga Chicago RMC, Inc. | 7100-000 | 4,825.29 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 338.24 | N/A | N/A | 0.00 |
| NOTFILED | West Bend Mutual Insurance | 7100-000 | 22,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark DeBoer | 7100-000 | 24,681.00 | N/A | N/A | 0.00 |
| NOTFILED | Unicare Health Insurance | 7100-000 | 1,672.33 | N/A | N/A | 0.00 |
| NOTFILED | RH Donnelley | 7100-000 | 2,898.25 | N/A | N/A | 0.00 |
| NOTFILED | Emil's Tires | 7100-000 | 634.48 | N/A | N/A | 0.00 |
| NOTFILED | Luise, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 152.31 | N/A | N/A | 0.00 |
| NOTFILED | Aqua Playa Rentals | 7100-000 | 871.58 | N/A | N/A | 0.00 |
| NOTFILED | Ed DeBoer | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris NA BLST | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cingular Wireless | 7100-000 | 48.19 | N/A | N/A | 0.00 |
| NOTFILED | Bruns & Bruns | 7100-000 | 2,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark DeBoer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 26.48 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank | 7100-000 | 36,397.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 393,743.24 | 320,531.93 | 320,531.93 | 388.78 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-01054  
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 01/22/07 (f)  
**§341(a) Meeting Date:** 03/08/07  

**Period Ending:** 12/07/10  
**Claims Bar Date:** 06/11/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Machinery, equipment, inventory | 29,500.00 | Unknown | | 52,462.00 | 0.00 |
| 2 | Bank Accounts | 3,400.00 | 3,400.00 | | 0.00 | FA |
| 3 | Household Goods | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Interest / CRN Dealership | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Accounts receivable | 5,035.50 | 5,035.50 | | 0.00 | 0.00 |
| 6 | Licenses/CRN Devel. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Workers Comepensation Insurance Refund (u) | Unknown | Unknown | | 1,410.10 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 161.01 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$37,935.50** | **$8,435.50** | | **$54,033.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report submitted to UST : Trustee awaits approval . Final report filed 1/27/10

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010         **Current Projected Date Of Final Report (TFR):**    January 27, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-01054 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | ED DEBOER CONCRETE CONSTRUCTION, IN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-19 - Time Deposit Account |
| Taxpayer ID #: | **-***4342 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 05/20/07 | | FUNDING ACCOUNT: ********0965 | transfer | 9999-000 | 45,000.00 | | 45,000.00 |
| 06/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 48.48 | | 45,048.48 |
| 06/20/07 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | -48.48 | | 45,000.00 |
| 06/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 48.48 | | 45,048.48 |
| 06/20/07 | | Transfer to MMA | Transfer to MMA | 9999-000 | | 45,048.48 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 45,048.48 | 45,048.48 | $0.00 |
| Less: Bank Transfers | 45,000.00 | 45,048.48 | |
| Subtotal | 48.48 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $48.48 | $0.00 | |

{} Asset reference(s)   Printed: 12/07/2010 11:20 PM   V.12.54

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-01054  
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN  
**Taxpayer ID #:** **-***4342  
**Period Ending:** 12/07/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/07 | | American Auction Asscociates | Auction proceeds - see report | | 49,535.05 | | 49,535.05 |
| | {1} | American Auction Assc. | Gross Auction Proceeds  52,462.00 | 1129-000 | | | 49,535.05 |
| | | American Auction Assc | Auctioneer Expenses  -2,926.95 | 2500-000 | | | 49,535.05 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.34 | | 49,547.39 |
| 05/20/07 | | ACCOUNT FUNDED: ********0919 | transfer | 9999-000 | | 45,000.00 | 4,547.39 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 18.52 | | 4,565.91 |
| 06/20/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 45,048.48 | | 49,614.39 |
| 06/22/07 | 1001 | Harris Bank | Per Order of 6/8/07 | 4210-001 | | 22,792.11 | 26,822.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.56 | | 26,831.84 |
| 07/23/07 | 1002 | CSC | Invoice 4956262 3 & 49562622 | 2990-002 | | 129.06 | 26,702.78 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.28 | | 26,718.06 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.74 | | 26,732.80 |
| 09/06/07 | 1003 | CIT Group | Per Order of 8/31/07 | 4110-000 | | 7,604.98 | 19,127.82 |
| 09/06/07 | 1004 | LaSalle Bank | Per Order of 8/31/07 | 4210-000 | | 11,332.96 | 7,794.86 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.93 | | 7,802.79 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.58 | | 7,807.37 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 4.06 | | 7,811.43 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 3.97 | | 7,815.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 3.57 | | 7,818.97 |
| 02/05/08 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-01054 | 2300-000 | | 9.20 | 7,809.77 |
| 02/25/08 | {7} | West Bend Mutual Insurance | Insurance refund | 1290-000 | 1,410.10 | | 9,219.87 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 1.64 | | 9,221.51 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.71 | | 9,223.22 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.28 | | 9,224.50 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.15 | | 9,225.65 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.17 | | 9,226.82 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.17 | | 9,227.99 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.09 | | 9,229.08 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.21 | | 9,230.29 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.00 | | 9,231.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.72 | | 9,232.01 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.65 | | 9,232.66 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,233.03 |
| 02/08/09 | 1006 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE | 2300-000 | | ! 11.39 | 9,221.64 |

Subtotals :         $96,101.34        $86,879.70

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 12/07/2010 11:20 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-01054
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN
**Taxpayer ID #:** **-***4342
**Period Ending:** 12/07/10

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****09-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-01054<br>Voided on 02/08/09 | | | | |
| 02/08/09 | 1006 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-01054<br>Voided: check issued on 02/08/09 | 2300-000 | | ! -11.39 | 9,233.03 |
| 02/08/09 | 1007 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-01054, 016026455 | 2300-000 | | 11.39 | 9,221.64 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,221.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,222.39 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,222.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,223.12 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,223.52 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,223.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,224.28 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,224.65 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,225.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,225.40 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,225.78 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,226.14 |
| 02/25/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.32 | | 9,226.46 |
| 02/25/10 | | To Account #********0966 | to close and disburse | 9999-000 | | 9,226.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 96,106.16 | 96,106.16 | $0.00 |
| | | | Less: Bank Transfers | | 45,048.48 | 54,226.46 | |
| | | | **Subtotal** | | 51,057.68 | 41,879.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$51,057.68** | **$41,879.70** | |

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 12/07/2010 11:20 PM        V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-01054  
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN

**Taxpayer ID #:** **-***4342  
**Period Ending:** 12/07/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/10 | | From Account #********0965 | to close and disburse | 9999-000 | 9,226.46 | | 9,226.46 |
| 04/20/10 | | Wire out to BNYM account 9200******0966 | Wire out to BNYM account 9200******0966 | 9999-000 | -9,226.46 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/07/2010 11:20 PM  V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-01054  
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN  
**Taxpayer ID #:** **-***4342  
**Period Ending:** 12/07/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0966 | Wire in from JPMorgan Chase Bank, N.A. account ********0966 | 9999-000 | 9,226.46 | | 9,226.46 |
| 04/28/10 | 10101 | DEBORAH K. EBNER | Trustee Expenses per order of 3/19/10 | 2200-000 | | 67.81 | 9,158.65 |
| 04/28/10 | 10102 | DEBORAH K. EBNER | Trustee Compensation; per order of 3/19/10 | 2100-000 | | 5,951.60 | 3,207.05 |
| 04/28/10 | 10103 | Popowcer Katten | Accountant for Trustee Fees per order of 3/19/10 | 3410-000 | | 1,419.00 | 1,788.05 |
| 04/28/10 | 10104 | Law Office of Deborah K. Ebner, ESQ. | Attorney for Trustee Fees per order of 3/19/10 | 3110-000 | | 169.27 | 1,618.78 |
| 04/28/10 | 10105 | Mark DeBoer | Dividend paid 100.00% on $1,230.00; Claim# 6; Filed: $1,230.00; Reference: | 5300-000 | | 1,230.00 | 388.78 |
| 04/28/10 | 10106 | TH Davidson & Co., Inc. | Dividend paid 0.12% on $9,889.60; Claim# 1; Filed: $9,889.60; Reference: DEBO | 7100-000 | | 12.00 | 376.78 |
| 04/28/10 | 10107 | Wille Bros | Dividend paid 0.12% on $37,089.64; Claim# 4; Filed: $37,089.64; Reference: | 7100-000 | | 44.99 | 331.79 |
| 04/28/10 | 10108 | Van Dam Auto & Truck Repair, Inc. | Dividend paid 0.12% on $8,312.78; Claim# 5; Filed: $8,312.78; Reference: X2585 | 7100-000 | | 10.08 | 321.71 |
| 04/28/10 | 10109 | Prairie Material | Dividend paid 0.12% on $12,454.21; Claim# 7; Filed: $12,454.21; Reference: XX1943 | 7100-000 | | 15.11 | 306.60 |
| 04/28/10 | 10110 | First Bank of Manhattan | Dividend paid 0.12% on $12,617.84; Claim# 8U; Filed: $12,617.84; Reference: | 7100-000 | | 15.30 | 291.30 |
| 04/28/10 | 10111 | Laborers' Pension & Welfare Funds | Dividend paid 0.12% on $164,516.75; Claim# 10; Filed: $164,516.75; Reference: | 7100-000 | | 199.54 | 91.76 |
| 04/28/10 | 10112 | LaSalle Bank, N.A. | Combined Check for Claims#2,3 | | | 91.76 | 0.00 |
| | | | Dividend paid 0.12% on 36.86 $30,389.23; Claim# 2; Filed: $30,389.23 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.12% on 54.90 $45,261.88; Claim# 3; Filed: $45,261.88 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,226.46 | 9,226.46 | $0.00 |
| Less: Bank Transfers | 9,226.46 | 0.00 | |
| **Subtotal** | 0.00 | 9,226.46 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,226.46** | |

{} Asset reference(s)

Printed: 12/07/2010 11:20 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-01054  
**Case Name:** ED DEBOER CONCRETE CONSTRUCTION, IN

**Taxpayer ID #:** **-***4342  
**Period Ending:** 12/07/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****09-19 | 48.48 | 0.00 | 0.00 |
| MMA # ***-*****09-65 | 51,057.68 | 41,879.70 | 0.00 |
| Checking # ***-*****09-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******09-66 | 0.00 | 9,226.46 | 0.00 |
| | $51,106.16 | $51,106.16 | $0.00 |

{} Asset reference(s)                                                                                      Printed: 12/07/2010 11:20 PM    V.12.54